IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS GONZALEZ MOSQUEDA, | ) 1:07 CV 01716 AWI WMW HC |
| | ) |
| Petitioner, | ) **ORDER** |
| | ) |
| v. | ) |
| | ) |
| D. K. SISTO, WARDEN, | ) |
| | ) |
| Respondent. | ) |
| | ) |

On application of counsel and good cause appearing, the time to file the traverse to respondent's answer to petition for writ of habeas corpus is extended to and including December 8, 2008.

Dated:

                                                                         _____
                                                                         WILLIAM M. WUNDERLICH,
                                                                         United States Magistrate Judge

IT IS SO ORDERED.

**Dated:   November 17, 2008**         /s/  **William M. Wunderlich**
                                                      UNITED STATES MAGISTRATE JUDGE